**In re OPTIBASE, INC.**

No. 01–1154.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).